*United States Bankruptcy Court*
*District of New Hampshire*

Bankruptcy Case No.: 04-11410 MWV

Adversary Proceeding No.: 06-1132 MWV
06-1133 MWV

**CERTIFICATE OF SERVICE**

Notice will be electronically mailed to:

Mary Notaris planctot@notarislaw.com

Deborah A. Notinger nontrustee@donchessnotinger.com, debbie@donchessnotinger.com

Office of the U.S. Trustee USTPRegion01.MR.ECF@usdoj.gov

Connie Rakowsky clr@orr-reno.com

Emily Gray Rice erice@orr-reno.com, sbarton@orr-reno.com

Timothy P Smith tpscli@aol.com

I hereby certify that on this date, I served the foregoing Memorandum Opinion and Order on the persons listed below by causing it to be mailed by first-class United States Mail, postage prepaid.

        Donna George a/k/a Donna Kostandin
        15 Appleton Road
        Windham, NH 03087


Dated: February 8, 2007                /s/     Celeste Wright
                                                                        Deputy Clerk

kam/4.02/orderbk/forms31